UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ROBERT L. MURRAY

                **Plaintiff,**

     v.                                           9:12-CV-1783 (FJS/CFH)

SARA NEPHEW, RCII, Mental Health,
Clinton Correctional Facility,

                **Defendant.**

---

**APPEARANCES**                              **OF COUNSEL**

**ROBERT L. MURRAY**
05-A-5765
Five Points Correctional Facility
Caller Box 119
Romulus, New York 14541
Plaintiff *pro se*

**OFFICE OF THE NEW YORK STATE**       **CATHY Y. SHEEHAN, AAG**
**ATTORNEY GENERAL**
The Capitol
Albany, New York 12224
Attorneys for Defendant

**SCULLIN, Senior Judge**

**ORDER**

     Currently before the Court is Magistrate Judge Hummel's December 5, 2013 Report-Recommendation and Order, in which he recommended that this Court grant Defendant's motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6). *See* Dkt. 24. The parties did not file any objections to this recommendation.

When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice. *See Linares v. Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted). After conducting this review, "the Court may 'accept, reject, or modify in whole or in part, the . . . recommendations made by the magistrate judge.'" *Id*. (quoting 28 U.S.C. § 636(b)(1)(C)).

The Court has reviewed Magistrate Judge Hummel's December 5, 2013 Report-Recommendation and Order for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Hummel's December 5, 2013 Report-Recommendation and Order is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Defendant's motion to dismiss Plaintiff's complaint is **GRANTED** pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Defendant and close this case; and the Court further

**ORDERS** that the Clerk of the Court shall serve a copy of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED**.

Dated: December 27, 2013
	Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge